United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SKAFF,                                             No. C-11-03910 DMR

        Plaintiff(s),                   **ORDER TO SUBMIT STATUS REPORT**

    v.

CITY OF LARKSPUR,

        Defendant(s).
_____/

On June 11, 2013, the parties submitted a stipulation and proposed order for the dismissal of the injunctive relief aspect of this lawsuit, which the court entered on June 13, 2013. [Docket No. 17.] By no later than **July 17, 2013**, the parties shall submit a status report regarding the remaining claims for relief and/or a motion for administrative relief requesting a case management conference.

IT IS SO ORDERED.

Dated: July 3, 2013

_____
DONNA M. RYU
United States Magistrate Judge